**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

STACEY KARNEY, individually and on
behalf of all others similarly situated,

1:22-cv-22325-JEM

                  PLAINTIFF,

Hon. Jose E. Martinez

       - against -

KASHI SALES, L.L.C.,

          DEFENDANT.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ.

P. 41(a)(1)(A)(i).

Dated:      April 10, 2023

Respectfully submitted,

/s/ William Wright

The Wright Law Office, P.A.
515 N Flagler Dr Ste P-300
West Palm Beach FL 33401
(561) 514-0904
willwright@wrightlawoffice.com