UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22325-CIV-MARTINEZ-BECERRA

STACEY KARNEY, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

KASHI SALES, L.L.C.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal. (ECF No. 20). Plaintiff has notified the Court that she voluntarily dismisses this action with prejudice. (*Id.*). Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of April, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record